PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00184-DAD-BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO PARTIALLY UNSEAL SUPERSEDING INDICTMENT |
| v. | |
| DARYOL RICHMOND, aka "Nutcase," "Nuttcase," and "Nuttcase 3x,"<br>TELVIN BREAUX, aka "AJ" and "Lilcup,"<br>HOLLY WHITE,<br><br>FANTASIA BROWN, aka "Tay Tay,"<br><br>FANTESIA DAVIS, aka "Tesia,"<br>and SHANICE WHITE,<br>Defendants. | |

Good cause appearing due to the defendants, Fantasia Brown's, arrest and pending initial appearance in the Central District of California, it is ordered that the Superseding Indictment be partially unsealed as to them so that they can be arraigned and apprised of the charges against them.

IT IS SO ORDERED.

Dated:  **January 26, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

3