**HENNESSY LAW GROUP**
1215 L Street
Bakersfield, California 93301
Telephone (661) 237-7179
Timothy P. Hennessy, State Bar No. 286317

Attorney for:
**FANTASIA BROWN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>**FANTASIA BROWN**,<br><br>          Defendant | Case No.: 1:21-cr-00184-DAD-BAM<br><br>**STIPULATION AND ORDER TO VACATE MOTION TO MODIFY CONDITIONS OF RELEASE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANLEY A. BOONE AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, FANTASIA BROWN, by and through her attorney of record, TIMOTHY HENNESSY hereby requesting that the Motion to Modify Conditions of Release Hearing be vacated.

   It has come to my attention by the defendant, FANTASIA BROWN, that there has been a change in her employment. As such, the motion to modify the terms of her release are no longer necessary. I have informed AUSA Joseph Barton and PTSO Joslyn Harris of the new information and they have no objection to the vacating of said motion.

**IT IS SO STIPULATED.**

                                                            Respectfully Submitted,

DATED: 3/16/2022                                            */s/ Timothy Hennessy*
                                                            TIMOTHY HENNESSY
                                                            Attorney for Defendant
                                                            FANTASIA BROWN


DATED: 3/16/2022                                            */s/ Joseph Barton*
                                                            JOSEPH BARTON
                                                            Assistant U.S. Attorney


# ORDER

**IT IS SO ORDERED** that the Motion to Modify Conditions of Release Hearing be VACATED.

IT IS SO ORDERED.

Dated:   **March 16, 2022**

                                                            _____
                                                            UNITED STATES MAGISTRATE JUDGE