**HENNESSY LAW GROUP**
1217 L Street
Bakersfield, California 93301
Telephone (661) 237-7179
Timothy P. Hennessy, State Bar No. 286317

Attorney for:
**FANTASIA BROWN**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00184-TLN-BAM |
| Plaintiff, | **ORDER TO EXTEND SURRENDER DATE** |
| vs. | |
| **FANTASIA BROWN**, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, NO DISTRICT JUDGE AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FANTASIA BROWN, by and through her attorney of record, TIMOTHY HENNESSY, hereby requesting that the surrender date of the defendant Fantasia Brown herein, be extended from August 12, 2024, be extended to January 6, 2025, for the following reason(s):

As both Ms. Brown and her sister Ms. Davis will be going into custody for a significant amount of time, several issues have arisen they did not foresee. Ms. Brown's mother's mental health has rapidly deteriorated. She will require someone to watch her with both sister's gone. Furthermore, Ms. Brown will also need to also make-arrangements for her sister's children who she assists in child care for. Furthermore, she is still getting resources together so she will be able

to keep her home maintained while she is in custody. AUSA Joseph Barton has no objection with the self-surrender date with the understanding that no further extensions will be sought.

In addition, extending the surrender date would allow Mr. Brown to ample time to resolve pertinent personal issues.

Based in the foregoing, good cause is herby found to extend the surrender date to the aforementioned date.

Respectfully Submitted,

DATED: 7/1/24                        /s/ Timothy P. Hennessy
                                     TIMOTHY P. HENNESSY
                                     Attorney for Defendant
                                     FANTASIA BROWN

## ORDER

**IT IS SO ORDERED** that the defendant's surrender date is extended to January 6, 2025.

Dated: July 3, 2024

_____
Troy L. Nunley
United States District Judge