**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for FANTASIA BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FANTASIA BROWN,<br><br>Defendant. | No. 1:21-cr-00184-TLN-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

On December 16, 2021, Fantasia Brown was indicted on federal charges. Timothy Hennessy was appointed as counsel to represent Ms. Brown on 1:21-cr-00184-TLN-BAM in her criminal case. Ms. Brown was sentenced pursuant to a plea agreement on June 17, 2024. The time for filing a direct appeal was July 1, 2024. Appeal was filed on June 28, 2024. Ms. Brown was out of custody at sentencing. Having completed his representation of Ms. Brown, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/
//
///

Should Ms. Brown require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: July 8, 2024                                                       Respectfully submitted,

/s/*Timothy Hennessy*
Timothy Hennessy
Attorney for Fantasia Brown

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Fantasia Brown at the following address and to update the docket to reflect Defendant's pro se status and contact information.

FANTASIA BROWN

b_fantasia@yahoo.com

633 E 73rd Street

Los Angeles, CA 90001

**IT IS SO ORDERED**

DATED: July 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE